UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SIMPLEXGRINNELL, L.P., a limited partnership,

           Plaintiff,

vs.                                    Case No. 2:07-cv-456-FtM-29DNF

MIRCEA S. GHIRAN, an individual, SIGNATURE CONTROL SYSTEMS, INC., a corporation, NAPLES FIRE PROTECTION, INC. a corporation,

           Defendants.
_____

**ORDER**

     This matter comes before the Court on the parties' Stipulated Final Order: Stipulation and Agreed Order for Permanent Injunction (Doc. #90) filed on May 19, 2009. The parties have stipulated to the dismissal of this case with the Court retaining jurisdiction over enforcement of the terms of the permanent injunction. Upon review, the Court will grant said relief, endorse the proposed Stipulated Final Order, and dismiss the case pursuant to the Stipulated Permanent Injunction (Doc. #89).

    Accordingly, it is now

    **ORDERED**:

    The Clerk shall enter Judgment adopting the Stipulated Final Order: Stipulation and Agreed Order for Permanent Injunction by: (1) attaching a copy of the endorsed version of the Stipulated Final Order to the Judgment, (2) over which the Court will maintain

jurisdiction for the limited purpose of enforcement, and (3) otherwise dismiss the case with prejudice. The Clerk is further directed to close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __20th__ day of May, 2009.

> JOHN E. STEELE
> United States District Judge

Copies:
Counsel of record